O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Net-Com Services, Inc.,

Plaintiff,

v.

Eupen Cable USA, Inc.; Kabel Werk Eupen AG; Charles Roper; and Does 1-20,

Defendants.

CV-11-2553-RSWL (SSx)

**ORDER TO SHOW CAUSE RE: Contempt Citation**

On June 12, 2012, Defendant Eupen Cable USA, Inc.'s ("Defendant") Application for Order to Show Cause Why a Contempt Citation Should Not Issue Against Non-Party Witness David Kernan for Failure to Comply with Subpoena came on for regular calendar before the Court. The Court granted Defendant's Application.

Accordingly, the Court hereby orders David Kernan to show cause why the Court should not issue a contempt citation against him for failure to comply with the Court's subpoena. The Court will hold a hearing

1  regarding possible contempt citations on June 20, 2012.
2  As such, David Kernan and the Parties are hereby
3  ordered to appear before the Court on June 20, 2012, at
4  10:00 a.m.

6  **IT IS SO ORDERED.**
7  DATED: June 19, 2012

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2