O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET-COM SERVS., INC., )<br>                Plaintiff, )<br>    v. )<br>EUPEN CABLE USA, INC., )<br>et al., )<br>              Defendants.) | Case No.<br>CV 11-02553 JGB (SSx)<br><br>**ORDER (1) DISMISSING FOURTH AMENDED COMPLAINT WITHOUT PREJUDICE; (2) STRIKING DEFENDANTS' MOTION TO DISMISS AS MOOT (DOC. NO. 164); AND (3) VACATING THE MARCH 11, 2013 HEARING** |

    On February 8, 2011, Net-Com Services, Inc. filed this action against Eupen Cable USA, Inc.; Kabelwerk Eupen AG; and Charles Roper in the California Superior Court for the County of Los Angeles. (See Not. of Removal, Ex. A (Doc. No. 1).) Defendants removed the action on March 25, 2011. (Id.)

    On December 12, 2012, Plaintiff's counsel filed a motion to withdraw as counsel of record. (Doc. No. 151.) On January 24, 2013, Defendants filed a motion to dismiss Plaintiff's Fourth Amended Complaint. (Doc. No. 164.)

The Court granted Plaintiff's counsel's motion for leave to withdraw on January 28, 2013. (Doc. No. 167.) In that Order, the Court stated, "[a]s a 'corporation . . . may not appear in any action or proceeding *pro se*' (Local R. 83-2.10.1), Plaintiff shall retain new counsel by February 27, 2013. If Plaintiff does not retain counsel by this date, this action shall be subject to dismissal." (Order Granting Motion for Leave to Withdraw at 2.)

Since the Court's Order, the Court has received no indication that Plaintiff has retained new counsel. Thus, the Court dismisses Plaintiff's Fourth Amended Complaint without prejudice.

**IV. CONCLUSION**

For the foregoing reasons, the Court
(1) DISMISSES Plaintiff's Fourth Amended Complaint, WITHOUT PREJUDICE;
(2) STRIKES Defendants' Motion to Dismiss (Doc. No. 164) as moot; and
(3) VACATES the hearing set for the Motion to Dismiss on March 11, 2013.

Dated: February 28, 2013

JESUS G. BERNAL
United States District Judge

2