1

2

3

4

5                                              CLOSED

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  NET-COM SERVS., INC.,    )    Case No. CV 11-02553 JGB
                             )    (SSx)
12            Plaintiff,     )
                             )    **JUDGMENT**
13      v.                   )
                             )
14  EUPEN CABLE USA, INC.,   )
    et al.,                  )
15                           )
              Defendants.    )
16  _____ )

17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Plaintiff's Fourth Amended Complaint is

21  DISMISSED WITHOUT PREJUDICE.  The Court orders that such

    judgment be entered.
22

23

24

25

26

27  Dated:  March 1, 2013        _____
                                        JESUS G. BERNAL
28                               United States District Judge