JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET-COM SERVICES, INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>EUPEN CABLE USA, INC., a Florida corporation, KABELWERK EUPEN AG, a business entity form unknown, CHARLES ROPER, an individual and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. CV11-2553 JGB (SSx)<br><br>Assigned to the Hon. Jesus G. Bernal<br><br>**ORDER ON JOINT STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>*[Joint Stipulation Regarding Dismissal of Entire Action With Prejudice filed concurrently herewith]* |
| EUPEN CABLE USA, INC., a Florida corporation,<br><br>   Counterclaimant,<br><br>   v.<br><br>NET-COM SERVICES, INC., a California corporation and ROES 1 through 10, inclusive,<br><br>   Counterdefendants. | |

Upon the stipulation of all parties after the signing of a settlement agreement, IT IS HEREBY ORDERED that this entire action, including plaintiff's Complaint and Amended Complaints, the Counterclaims of Eupen Cable USA, and the Counterclaims of Charles Roper, is hereby dismissed with prejudice. The Court shall retain jurisdiction, if necessary, to enforce the parties' settlement agreement.

Dated: November 1, 2013

_____
UNITED STATES DISTRICT JUDGE